UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 PENSION FUND, <br> TRUSTEES OF IBEW LOCAL NO. 7 ANNUITY FUND, · <br> TRUSTEES OF IBEW LOCAL NO. 7 APPRENTICESHIP & <br> TRAINING FUND, TRUSTEES OF IBEW LOCAL NO. 7 <br> LABOR MANAGEMENT COOPERATION FUND, <br> TRUSTEES OF IBEW LOCAL No. 7 SUPPLEMENTAL <br> HEALTH AND WELFARE FUND and IBEW LOCAL <br> UNION NO. 7, <br><br>     Plaintiffs, <br><br> v. <br><br> Springfield Electrical Co, Inc. <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.  12-30049-MAP <br> ) <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT**

Defendant Springfield Electrical Co., Inc., having failed to plead or otherwise

defend in this action and default having been entered on April 11, 2012.

Now, upon application of plaintiffs and a declaration demonstrating that

defendant owes plaintiffs the sum of $27,920.05, that defendant is not an infant or incompetent

person or in the military service of the United States, and that plaintiffs have incurred costs in the

sum of $389.76, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

That plaintiffs recover from defendant Springfield Electrical Co., Inc. the sum of

$28,309.81 with interest as provided by law.

**SARAH A. THORNTON**
CLERK OF COURT

By _/s/ Maurice G. Lindsay_
Maurice G. Lindsay
Deputy Clerk

Dated: _7/24/12_