UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO. 7 PENSION FUND, )
TRUSTEES OF IBEW LOCAL NO. 7 ANNUITY FUND, )
TRUSTEES OF IBEW LOCAL NO. 7 APPRENTICESHIP & )
TRAINING FUND, TRUSTEES OF IBEW LOCAL NO. 7 )
LABOR MANAGEMENT COOPERATION FUND, )
TRUSTEES OF IBEW LOCAL No. 7 SUPPLEMENTAL )
HEALTH AND WELFARE FUND and IBEW LOCAL )
UNION NO. 7, )
)
    Plaintiffs, )
)
v. ) C.A. No. 12-30049-MAP
)
Springfield Electrical Co, Inc. )
)
    Defendant. )
)

## JUDGMENT

Defendant Springfield Electrical Co., Inc., having failed to plead or otherwise defend in this action and default having been entered on April 11, 2012.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $27,920.05, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $389.76, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

That plaintiffs recover from defendant Springfield Electrical Co., Inc. the sum of $28,309.81 with interest as provided by law.

**SARAH A. THORNTON**
CLERK OF COURT

By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

Dated: 7/24/12